IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**LESTER ROBINSON,**

    Plaintiff,

v.                                                               Civil Action No. **3:18CV888**

**LGT. PHILLIPS,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on January 10, 2019, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he was relocated or released. By Memorandum Order entered on May 7, 2019, the Court directed Plaintiff to file a particularized complaint. On May 13, 2019, the United States Postal Service returned the May 7, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NO LONGER AT THIS ADDRESS." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                     /s/
                                                      John A. Gibney, Jr.
Date: 21 May 2019                        United States District Judge
Richmond, Virginia